FILED
January 24, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )    Case No. 2:14-mj-00001-DAD
        Plaintiff,        )
v.                        )
                          )    ORDER FOR RELEASE OF
MARC MELTON,              )    PERSON IN CUSTODY
                          )
        Defendant.        )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, MARC MELTON, Case No. 2:14-mj-00001-DAD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $150,000.00

     ___  Unsecured Appearance Bond

     _X_  Secured Appearance Bond

     _X_  (Other) Conditions as stated on the record.

     _X_  (Other) The defendant is ordered to appear in the District of Hawaii on 2/7/2014 at 10:00 a.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _1/24/2014_ at _3:20 p.m._

By _____
Edmund F. Brennan
United States Magistrate Judge