HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.harter@fd.org

Attorney for Defendant
MARC MELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.   14-mj-00001-DAD |
|---|---|
| Plaintiff, | ) APPLICATION AND ORDER FOR |
| | ) TRANSPORTATION AND SUBSISTENCE |
| v. | ) PURSUANT TO 18 U.S.C. § 4285 |
| MARC MELTON, | ) |
| | ) Judge: Hon. Kendall J. Newman |
| Defendant. | ) |

Defendant Marc Melton hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Melton is ordered to appear in court on February 7, 2014, at 10:00 a.m., at the Federal Courthouse located in Honolulu, Hawaii before Magistrate Judge Chang.  Mr. Melton is unable to afford his own transportation from Sacramento, California to Honolulu, Hawaii.  It may be necessary for Mr. Melton to depart prior to February 6, 2014 to timely make this appearance.

Dated:  January 31, 2014

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender

HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.harter@fd.org

Attorney for Defendant
MARC MELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  14-mj-00001-DAD |
|---|---|
| Plaintiff, | ) ORDER FOR TRANSPORTATION AND ) SUBSITENCE |
| v. | ) |
| MARC MELTON, | ) Judge: Kendall J. Newman |
| Defendant. | ) |

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, MARC MELTON, with transportation and subsistence expenses for travel from Sacramento, California to Honolulu, Hawaii to timely make his appearance on February 7, 2014, at 10:00 a.m., at 300 Ala Moana Blvd., Honolulu, HI, before Magistrate Judge Chang.  The United States Marshal must furnish Mr. Melton with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  This order is authorized pursuant to 18 U.S.C. §4285.

**IT IS SO ORDERED.**

Dated:  January 31, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE